

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   PATRICK A. ROSE
3  Nevada Bar No. 5109
   ROGER W. WENTHE
4  Nevada Bar No. 8920
   Assistant United States Attorneys
5  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
6  Telephone: 702-388-6336
   Facsimile: 702-388-6787
7  Email: patrick.rose@usdoj.gov
          Roger.wenthe@usdoj.gov
8  Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY RODRIGUEZ, | Case No.: 2:13-cv-00566-GMN-VCF |
| Plaintiff, | |
| v. | ~~STIPULATION AND~~ ORDER |
| UNITED STATES OF AMERICA, *et al.*, | (Second Request) |
| Defendants. | |

Pursuant to Local Rules 6-1 and 26-4, the United States and Plaintiff stipulate to, and request that the Court approve, a twenty-one-day extension of the deadlines for dispositive motions and the pretrial order (established in the Discovery Plan and Scheduling Order, ECF No. 8, filed January 17, 2014) as, and for the reasons, set forth below. This is the second request for such an extension.

This action arises out of an alleged slip-and-fall incident at the Commissary located on Nellis Air Force Base. Without waiver or admission by the Plaintiff for purposes of trial, the injuries and medical expenses in this matter are relatively minor.

///

The principal attorney for the defendants in this action, Patrick Rose, is currently in training during this entire week, and will be engaged all of next week in taking depositions of expert witnesses in Reno, Nevada in the case of *Ministerio Roca Solida v. United States*, No. 2:12-cv-1488-RCJ-VCF. As a result, Mr. Rose will be unable to prepare and file a dispositive motion in this matter by the currently scheduled deadline of April 21, 2014. The parties therefore jointly request that the Court extend the following two deadlines in this matter:

| Event | Extend From: | To: |
|---|---|---|
| Dispositive Motions | April 21, 2014 | May 12, 2014 |
| Joint Pretrial Order | May 21, 2014 | June 11, 2014 |

This stipulated request is submitted in good faith and not for purposes of undue delay.

Respectfully submitted this 8th day of April, 2014.

DANIEL G. BOGDEN  
United States Attorney

/s/ *Roger W. Wenthe*  
ROGER W. WENTHE  
Assistant United States Attorney

RICHARD HARRIS LAW FIRM

/s/ *Samantha A. Martin*  
SAMANTHA A. MARTIN, ESQ.  
Nevada Bar No. 12998  
801 South Fourth Street  
Las Vegas, NV 89101  
Phone: (702) 444-4444  
Attorneys for Plaintiff

IT IS SO ORDERED:

_____  
UNITED STATES MAGISTRATE JUDGE  
Date: April 18, 2014

2